UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS KEITH,

    Plaintiff,

v.

OAKLAND COUNTY and OAKLAND COUNTY PARKS & RECREATION,

    Defendants.
_____/

No. 10-12026

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

## ORDER

For the reasons stated on the record on July 18, 2013, Defendants' Objection to the Presence of Plaintiff's witness at the Psychological Examination by Dr. Griffin and the Medical Examination by Dr. Monsell [Doc. #65] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: July 18, 2013

                      s/ R Steven Whalen
                      R. STEVEN WHALEN
                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 18, 2013, electronically and/or by U.S. mail.

                      s/Michael Williams
                      Relief Case Manager for the Honorable
                      R. Steven Whalen