UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS KEITH,

    Plaintiff,

v.

OAKLAND COUNTY and OAKLAND
COUNTY PARKS & RECREATION,

    Defendants.
                                          /

No. 10-12026

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

**ORDER**

    Plaintiff's Motion to Strike Defendants' Exhibits [Doc. #75] is hereby DENIED.

    IT IS SO ORDERED.

Dated: July 18, 2013
                                          s/ R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 18, 2013, electronically and/or by U.S. mail.

                                          s/Michael Williams
                                          Relief Case Manager for the Honorable
                                          R. Steven Whalen