UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS KEITH,

Plaintiff,

v.

OAKLAND COUNTY and OAKLAND COUNTY PARKS & RECREATION,

Defendants.

No. 10-12026

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

_______________________________________/

**CORRECTED ORDER RE: DEFENDANTS' MOTION TO QUASH [DOC. #64]**

For the reasons and under the terms stated on the record on July 18, 2013, Defendants' Motion to Quash Plaintiff's Subpoena [Doc. #64] is GRANTED IN PART AND DENIED IN PART.

The motion is DENIED to the extent that Defendants seek to quash the subpoena in its entirety. Rather, in lieu of Plaintiff's original subpoena for documents, the Defendants, on behalf of its expert witness, Dr. Rosalind Griffin, shall produce the following information:

1. A list of cases where Dr. Griffin has either testified in any lawsuit, or provided a consultive examination or report following the initiation of litigation, for the time period of five years prior to today's date to the present.

2. A statement of the compensation Dr. Griffin received for those services for each of the past five years.

3. A statement of the percentage of Dr. Griffin's annual income that was derived from those services for each of the past five years.

The above information will be attested to under oath by Dr. Griffin.

In all other respects, the Defendants' Motion is GRANTED.

IT IS SO ORDERED.

Dated: July 18, 2013

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on July 18, 2013, electronically and/or by U.S. mail.

s/Michael Williams
Relief Case Manager for the Honorable
R. Steven Whalen