UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS KEITH,

        Plaintiff,

v.

OAKLAND COUNTY and OAKLAND
COUNTY PARKS & RECREATION,

        Defendants.
                                       /

No. 10-12026

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

**ORDER CANCELLING MOTION HEARING**

The hearing scheduled for Thursday, August 29, 2013 regarding Plaintiff's motion to compel payment of expert witness keys [Doc. #84] is hereby CANCELLED. The motion will be decided on the written pleadings. E.D. Mich. Local Rule 7.1(f)(2).

IT IS SO ORDERED.


Dated: August 8, 2013        s/ R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 21, 2013, electronically and/or by U.S. mail.

                                         s/Michael Williams
                                         Case Manager to the
                                         Honorable R. Steven Whalen