UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS KEITH,

    Plaintiff,

v.

OAKLAND COUNTY and OAKLAND
COUNTY PARKS & RECREATION,

    Defendants.
_____/

No. 10-12026

District Judge Lawrence P. Zatkoff

Magistrate Judge R. Steven Whalen

**ORDER REGARDING PENDING MOTIONS**

The Court held a telephonic conference with counsel for Defendants and Plaintiff on September 24, 2013, regarding pending motions. Having also reviewed the motions and responses, the Court orders as follows:

Defendants' Motion for Extension of Time to Respond to Order re: Subpoena of Dr. Griffin [Doc. #109] is hereby GRANTED. Defendants, on behalf of its expert witness, Dr. Rosalind Griffin, shall produce to Plaintiff's counsel all information ordered on July 18, 2013 [Doc. #79] by 5:00 p.m., September 24, 2013.

Defendants' Motion for Protective Order Regarding Dr. Griffin's Financial and Business Records [Doc. #97] is GRANTED. All such records shall be used only for the purpose of this litigation, and shall not be disclosed to any person or entity not involved in the prosecution or defense of this lawsuit. At the conclusion of this litigation, Plaintiff's counsel shall return these records to Defendants' counsel. Defendants' request for costs and attorney's fees, however, is DENIED.

Plaintiff's Motion to Strike Defendants' Expert [Doc. #106] is DENIED.

    IT IS SO ORDERED.

Dated: September 24, 2013        s/ R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 24, 2013, electronically and/or by U.S. mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable R. Steven Whalen